

Law Offices
of
**JOSEPH A. ROMANO, P.C.**

*"Making a Real difference for Real people"*

**Main Office:**

1776 Eastchester Road Suite 210 Bronx, NY 10461| Phone: **914.965.1515**| Fax: 718.828-2360

JOSEPH A. ROMANO
*CEO, Founding Attorney*
j.romano@romanolegalservices.com

MATTHEW LEVINE

SHAILEN VAZIRANI

LUIGI IZZO

JENNIFER GIOVANNETTI

SCOTT ACKERMAN

NATASHA PATEL

CRISTINA LIPAN

LYNETTE MORROW

PHILLIP DECARO

MELISSA JAMES

ZARAYA WADE

PHYLICIA PEARSON

HEATHER DONOHUE

ADAM LEPZELTER

GENE LEYN

JEFFREY L. GOLDBERG

JAIME PIAZZA

YAKOV SABGHIR

KATIANA RODRIGUEZ

OF-COUNSEL:
STUART SALLES

June 29, 2018

**VIA ECF & FAX: (212) 805-7942**
Hon. Alvin K. Hellerstein
United States Courthouse
500 Pearl Street, Room 1050
New York, NY 10007

RE: Camilo v. Uber Technologies, Inc. et al.
Case No.: 17-cv-9508 (AKH)

Dear Judge Hellerstein:

 Please be advised that as of June 29, 2018, our office has filed its first arbitration action against Uber Technologies, Inc with JAMS Resolution Center. Furthermore, all parties have been in communication via telephone and email in an effort to work amicably during the arbitration phase of this case.

 Our office is currently working on formulating an intake and processing center in order to interview, evaluate and retain each individual member of the former class.

We will continue to keep the Court appraised of any developments and/or determinations made by assigned arbitrator.

 Thank you in advance for your courtesy herein.

Respectfully,
*s/* LUIGI IZZO, ESQ.
T: (914) 339-2605
F: (845) 213-4291

cc:
Counsel of Record (via ECF)

---

**Brooklyn Office**:   26 Court Street, Suite 1908 Brooklyn, NY 11242 | Phone: 855.965.1515 | Fax: 718.243.1968
**Manhattan Office**: 18 E 41st Street, 6th Floor, New York, NY 10017 | Phone: 855.965.1515 | Fax: 212.661.5887
**Garden City Office**: 585 Stewart Avenue, Suite L-80 Garden City, NY 11530 | Phone: 516.222.5200 | Fax: 516.222.5201
Visit our website: www.ROMANOATLAW.com